UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

CHRISTOPHER J. KAUFMANN
LAURIE A. KAUFMANN *fka*
LAURIE RUSSELL

    **Debtor**

IN PROCEEDINGS UNDER CHAPTER 7

CASE NO: 16-13782

JUDGE: JESSICA E. PRICE SMITH

## AMENDED NOTICE OF MOTION FOR RELIEF FROM STAY

Selene Finance LP has filed papers with the Court to obtain relief from the automatic Bankruptcy Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, by August 31, 2016, you or your attorney must:

File with the court a written request for hearing and a written response setting forth the specific grounds for objection at:

    Clerk of Courts
    United States Bankruptcy Court
    Howard W. Metzenbaum
    201 Superior Avenue
    Cleveland, OH 44114

If you mail your request and response to the court for filing, **you must mail it early enough so the court will receive it** on or before the date stated above. The Court's mailing address is Howard W. Metzenbaum, 201 Superior Avenue, Cleveland, OH 44114.
You must also mail a copy to:

| | |
|---|---|
| David O Simon | Shapiro, Van Ess, Phillips & Barragate, LLP |
| 55 Public Square, Suite 2100 | 4805 Montgomery Road, Suite 320 |
| Cleveland, OH 44113 | Norwood, OH 45212 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or object and may enter an order granting that relief.

1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing was served, on this 12th day of August, 2016, to the following:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

 David O Simon, on behalf of the Chapter 13 Trustee's office at david@simonlpa.com, dosimon@ecf.epiqsystems.com

 Keith L. Boarders, on behalf of the Debtors at kblaw123@gmail.com, kblaw123@ecf.courtdrive.com

 United States Trustee at (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

 Christopher J. Kaufmann, 3223 Napa Boulevard, Avon, OH 44011

 Laurie A. Kaufmann a/k/a Laurie Russell, 3223 Napa Boulevard, Avon, OH 44011

 Lorraine Fende, 105 Main Street, Painesville, OH 44077

    /s/ Chris E. Manolis
    Shapiro, Van Ess, Phillips & Barragate, LLP
    Chris E. Manolis (#0076197)
    4805 Montgomery Road, Suite 320
    Norwood, OH 45212
    Phone: (513) 396-8100
    Fax: (847) 627-8805
    Email: cmanolis@logs.com