IT IS SO ORDERED.

Dated:  18 October, 2016 12:39 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 7 |
| CHRISTOPHER J. KAUFMANN<br>LAURIE A. KAUFMANN *fka*<br>LAURIE RUSSELL | CASE NO: 16-13782<br><br>JUDGE: JESSICA E. PRICE SMITH |
| Debtors | |

### AGREED ORDER ON MOTION FOR RELIEF FROM STAY AND ABANDONMENT
### (168 Ardmore, Painesville, OH 44077)

This matter came to be considered on the Motion for Relief from Stay and Abandonment filed by Selene Finance LP (hereinafter "Creditor"), on August 10, 2016 (#11), and the Objection by the Chapter 7 Trustee, David O. Simon (hereinafter "Trustee") concerning the property located at 168 Ardmore, Painesville, OH 44077 (hereinafter "Real Property")

The parties have entered into an Agreement resolving certain issue as follows:

**IT IS, THEREFORE ORDERED**:

1. The Trustee will have (6) six months from the filing of this Agreed Order to sell the Real Property at an amount to be approved by the Creditor.

2. If a sale of the Real Property is not completed within (6) six months, Creditor may file a Proposed Order, which terminates the automatic stay and provides for the Trustee's interest in the Real Property to be abandoned.

    IT IS SO ORDERED.

###

SUBMITTED AND APPROVED BY:

/s/ Chris E. Manolis
Chris E. Manolis (0076197)
Shapiro, Van Ess, Phillips & Barragate, LLP
4805 Montgomery Road, Suite 320
Norwood, Ohio 45212
(513) 396-8100
(847) 627-8805 - Fax
Attorney for Creditor
cmanolis@logs.com


/s/ David O. Simon
David O. Simon
Chapter 7 Trustee
55 Public Square
Suite 2100
Cleveland, OH 44113-1902
(216) 621-6201
(888) 467-4181 - Fax

## CERTIFICATE OF SERVICE

A true and correct copy of the Agreed Order was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    David O Simon, on behalf of the Chapter 13 Trustee's office at david@simonlpa.com, dosimon@ecf.epiqsystems.com

    Keith L. Boarders, on behalf of the Debtors at kblaw123@gmail.com, kblaw123@ecf.courtdrive.com

    United States Trustee at (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

    Christopher J. Kaufmann, 3223 Napa Boulevard, Avon, OH 44011

    Laurie A. Kaufmann a/k/a Laurie Russell, 3223 Napa Boulevard, Avon, OH 44011

    Lake County Treasurer, 105 Main Street, Painesville, OH 44077